**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:10-CR-00035-01-RWS |
| MARCIAL VILLAVERDE- | : | |
| LEYVA, a/k/a Marcial Villa | : | |
| Verde-Leyva | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

This case is before the Court for consideration the Report and

Recommendation [82] of Magistrate Judge Alan J. Baverman.  After reviewing

the Report and Recommendation, Defendant Condonozo's Objections [83], and

Defendant Villaverde-Leyva's Objections [87] the Report and Recommendation

is received with approval and adopted as the Opinion and Order of this Court as

to all Motions except Defendant Villaverde-Leyva's Motion to Sever [34].

Accordingly, Defendant Villaverde-Leyva's Motion to Suppress Statements

[31], Motion to Suppress Evidence and Statements [33],

Motion to Suppress Evidence and Statements (Rule 404(b)) [40] and

Supplemental Motion to Suppress Evidence and Statements [41] are **DENIED**.

In the Report and Recommendation, Judge Baverman recommends

denying Defendant Villaverde-Leyva's Motion to Sever [34]. The Government

proposed redactions to address the issues raised by Defendant Villaverde-

Leyva. Judge Baverman found that the proposed redactions would resolve any

Bruton issues. The Court agrees with and adopts Judge Baverman's findings in

this regard. However, Defendant Condonozo asserts that the redactions will

deny him exculpatory statements that he made. In order to apprise the Court of

the effect of the redactions on his defense, counsel for Defendant Condonozo

has offered to make an *in camera* report to the Court concerning the defense.

See Defendant Condonozo's Response [75] at 1, n.2. In light of this assertion

by Defendant Condonozo, the Court will reserve ruling on the Motion to Sever

until it is determined whether both Defendants will proceed to trial. In the

event that both Defendants proceed to trial, the Court will conduct an *in camera*

hearing with counsel for Defendant Condonozo to make a determination

regarding the effect of redactions on the presentation of Condonozo's defense.

2

**SO ORDERED** this  14th  day of January, 2011.


RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

3